IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEARBORN LIFE INSURANCE COMPANY f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY f/k/a FORT DEARBORN LIFE INSURANCE COMPANY,<br>    Plaintiff<br><br>vs.<br><br>LORISA RAMIREZ and VIRGINIA LEIGH ENGLISH,<br>    Defendants | § § § § § § § § § § § § § | Case No. 1:23-cv-1060 |

## ORIGINAL COMPLAINT IN INTERPLEADER

Plaintiff Dearborn Life Insurance Company ("Dearborn") files the following Original Complaint in Interpleader, pursuant to Federal Rule of Civil Procedure 22, 28 U.S.C §§ 1335 and 2361, and 29 U.S.C § 1001 et seq.

### PARTIES

1. Dearborn is an insurance company domiciled in Illinois and licensed to do business in Texas.

2. Defendant Lorisa Ramirez is a citizen of Texas. She may be served with summons at 4023 William Street, Sachse, Texas 75048.

3. Defendant Virginia Leigh English is a citizen of Texas. No service is necessary at this time, as a copy of this Complaint is being forwarded to her counsel.

### JURISDICTION

4. This court has jurisdiction of this case pursuant to Fed. R. Civ. P. 22; and 28 U.S.C. §§ 1332, 1335 and 2361; and 29 U.S.C § 1001 et seq.

## Factual Background

5. Dearborn has an interest in the matters in controversy in this litigation in that it funded a term life insurance policy ("Policy") to Daniel Herbert English, who died on July 2, 2023. The policy was issued through Mr. English's employer, Health Care Service Corporation, as part of an ERISA benefits plan.

6. At the time of Mr. English's death, the named beneficiary on the policy was his fiancé, Lorisa Ramirez, who has submitted a claim for benefits.

7. However, in a Divorce Decree dated July 24, 2019, Mr. English was ordered to make Virginia Leigh English the beneficiary of one or more insurance policies.

8. Further, attorneys representing Virginia Leigh English demanded that Dearborn not disburse benefits to any beneficiaries, pending decisions made by the Collin County Probate Court related to Mr. English's estate.

## Basis for Interpleader

9. Based on its review of the facts and law, Dearborn is unable to determine which Defendant is entitled to the disputed benefits and is in the position of an innocent stakeholder faced with the possibility of multiple liability and incidental costs.

10. Dearborn may be subject to multiple liability with respect to the life benefits payable upon Daniel Herbert English's death, because of rival claims by Defendants.

11. Dearborn has no claim to or interest in the benefits, which Dearborn at all times has been willing to deliver to the person or persons entitled to possession.

12. Dearborn has in no way colluded with any Defendant concerning the matters of this cause. Dearborn has not been, and will not be, indemnified in any manner by any Defendant. Dearborn has filed this complaint of its own free will to avoid multiple liability and

unnecessary suits and costs incidental to them.  Dearborn unconditionally offers and is ready to deposit with the Court the entire amount of benefits due:  Mr. English had $192,000.00 (One Hundred Ninety-Two Thousand and No/100 Dollars) in basic term life coverage.

13. Mr. English also had $384,000.00 (Three Hundred Eighty-Four Thousand and No/100 Dollars) in Optional Employee Accidental Death & Dismemberment coverage and $300,000.00 (Three Hundred Thousand and No/100 Dollars) in Voluntary Employee Accidental Death & Dismemberment coverage. However, because his death was from suicide these Accidental Death & Dismemberment benefits are not payable.

### REQUEST FOR RELIEF

14. Dearborn requests the Court grant this interpleader and release and discharge Dearborn from any further liability pertaining to the benefits payable upon Daniel Herbert English's death.  Dearborn also requests the Court enjoin and restrain Defendants from instituting or prosecuting any proceeding in any State or United States court affecting or relating to the benefits at issue.  Dearborn further requests that it be awarded its attorney's fees and costs incurred as a result of these proceedings, as well as such other relief, both legal and equitable, to which it may show itself justly entitled.

Dated: September 6, 2023.

Respectfully submitted,

By:   */s/ Andrew MacRae*
      Andrew F. MacRae
      Texas Bar No.00784510
      MacRae Law Firm PLLC
      3267 Bee Cave Road
      Suite 107, PMB 276
      Austin, Texas 78746
      Phone: 512-565-7798
      andrew@macraelaw.co

      Attorneys for Dearborn
      Life Insurance Company