IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEARBORN LIFE INSURANCE COMPANY f/k/a DEARBORN NATIONAL LIFE INSURANCE COMPANY f/k/a FORT DEARBORN LIFE INSURANCE COMPANY,<br>　　　Plaintiff<br>vs.<br><br>LORISA RAMIREZ and<br>VIRGINIA LEIGH ENGLISH<br>　　　Defendants. | CASE NO. 1:23-cv-1060 |

## AGREED SETTLEMENT, MOTION TO DISTRIBUTE FUNDS FROM THE REGISTRY OF THE COURT AND MOTION TO DISMISS

Comes now Lorisa Ramirez (Defendant/Counter-Defendant) and Virginia Leigh English (Defendant/Counter-Plaintiff) who would respectfully show the Court that the parties have reached a settlement in the above entitled and numbered cause. This Agreed Settlement, Motion for Distribution of Funds held in the registry of the Court and Motion to Dismiss resolves this matter pending before the Court. In support of hereof the parties would show the Court the Following:

This matter was originally brought by Dearborn Insurance Company on September 6, 2023, naming both of the parties as Defendants. (DK 1) Dearborn Insurance Company tendered the life insurance proceeds into the registry of the Court and then sought to be dismissed from the proceedings. (DK 24) On February 5, 2024, the Court dismissed Dearborn from the lawsuit. Virginia Leigh English filed her Response to Second Amended Complaint, Her Cross-Claim and Third-Party Claim on July 12, 2024. (DK 41) Lorisa filed her Answer to Cross-Claim and Third Party Claim on August 14, 2024. (DK 45)

## SETTLEMENT

On October 1, 2024, counsel for the parties negotiated the claim and have reached a settlement that the $542,916.45 insurance proceeds deposited into the registry be paid to Baxter-Thompson Law for disbursement between Lorisa and Viriginia.

The parties have agreed and move that the Court enter orders requiring the Clerk to issue payment of the funds deposited into the registry of the Court in the following amount.

For the $542,916.45 amount due to Plaintiff's counsel, the check payable to Baxter-Thompson Law, PLLC in the amount of $542,916.45, together with any interest earned to date.

It was further agreed and the parties move the Court that each party is to pay their own attorney's fees and costs.

The parties further agree that this settlement resolves all matter in controversy between the parties and that the parties mutually release each other from any and all claims, known and unknown, past and future.

## MOTION TO DISBURSE

The parties move that the Court issue its Order to have the Clerk of the Court disburse the funds held in the registry of the Court pursuant to the agreement of the parties, to wit:

1. A check payable to Baxter-Thompson Law in the amount of $542,916.45, together with any interest, if any, earned on this amount.

2. The check should be mailed to Brandy Baxter-Thompson at her office address as provided in her signature block below.

## MOTION TO DISMISS

The parties move that this matter be dismissed upon completion of the disbursement of the funds as Ordered by the Court and that the Court enter any and all other Orders the Court deems

necessary to enforce the agreement of the parties and to finally resolve this matter.

Respectfully submitted,

**BAXTER-THOMPSON LAW, PLLC**

*/s/ Brandy Baxter-Thompson*
Brandy Baxter-Thompson
State Bar No. 24050265
brandy@b-tlaw.com
500 N. Akard Street, Suite 2150
Dallas, Texas 75201
Telephone:   (214) 217-2427
Facsimile:   (214) 975-2055

***Attorney for Lorisa Ramirez***

Respectfully submitted,

Weldon L. Moore, III
Texas Bar No. 14380500
**SUSSMAN & MOORE, L.L.P.**
2911 Turtle Creek Blvd.,
Suite 1100 Dallas, Texas 75219
(214) 378-8270 (Telephone)
(214) 378-8290 (Facsimile)

***Attorney for Virginia English***

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Brandy Baxter-Thompson*
Brandy Baxter-Thompson
