IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEARBORN LIFE INSURANCE COMPANY,** *Plaintiff,* | § § § § | |
| v. | § § | 1:23-cv-01060-DH |
| **LORISA RAMIREZ, ET AL.** *Defendants* | § § § | |

# ORDER

On October 14, 2024, the parties in this case dismissed all claims between them with prejudice by joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 47. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) … require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The parties also moved to have the Clerk of Court disburse funds held in the registry of the Court. Dkt. 47.

Accordingly, **IT IS ORDERED** that the parties' motion for disbursement is **GRANTED**, and the Clerk of Court shall disburse the funds held in the registry of the Court pursuant to the parties' agreement in their joint motion. *Id.* Upon completion of the disbursement, **IT IS ORDERED** that the parties' claims against each other in this matter are **DISMISSED WITH PREJUDICE**. Each party shall bear its respective costs and attorneys' fees incurred against one another in connection with this action.

**SIGNED** October 16, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE