UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DEARBORN LIFE INSURANCE COMPANY,** *Plaintiff* | § § § § § § § § | 
| **v.** | No. 1-23-CV-01060-DH |
| **LORISA RAMIREZ, ET AL.,** *Defendants* | |

# FINAL JUDGMENT

On October 16, 2024, the Court dismissed with prejudice Plaintiff's claims against Defendants following the parties' filing of a join stipulated dismissal under Rule 41(a)(1)(A)(ii). *See* Dkt. 47. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on October 17, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE